AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of Utah Central Division

UNITED STATES OF AMERICA
v.
**Thomas M. Pentelute**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:96CR00256-004**

Dean N. Zabriskie
Defendant's Attorney

## THE DEFENDANT:

[X] pleaded guilty to count(s)   126s - Indictment

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1956 (a)(1)(A)(i) | MONEY LAUNDERING | 12/10/1996 | 126S |
| 18 U.S.C. § 1956 (a)(1)(B)(i) | MONEY LAUNDERING | 12/10/1996 | 126s |
| 18 U.S.C. § 2 | AIDING AND ABETTING | 12/10/1996 | 126s |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) 1s-125s, 127s-136s, 138s   are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 09/09/1971
Defendant's USM No.: 06140-081
Defendant's Residence Address:
2124 North 1060 West

Provo                    UT        84604

Defendant's Mailing Address:
2124 North 1060 West

Provo                    UT        84604

Scanned ✓  Faxed ___  Not Faxed ✓

10/23/1998
Date of Imposition of Judgment

_Signature_
Signature of Judicial Officer

**Dee Benson**
**U.S. District Judge**
Name & Title of Judicial Officer

10-27-98
Date

DEFENDANT: Thomas M. Pentelute
CASE NUMBER: 2:96CR00256-004

# PROBATION

The defendant is hereby placed on probation for a term of 36 month(s).

**The defendant shall serve the first six months on home detention.**

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

**See Special Conditions of Supervision - Page 3**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:     Thomas M. Pentelute
CASE NUMBER:   2:96CR00256-004

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall serve the first 6 months of probation on home detention. The defendant shall remain in his residence at all times, except for approved leave for employment, religious services and medical emergencies.

AO 245B (Rev. 8/96) Sheet 5, Part A - Criminal Monetary Penalties
Case 2:96-cr-00256-DB   Document 229   Filed 11/02/98   Page 4 of 6

Judgment-Page 4 of 5

DEFENDANT: Thomas M. Pentelute
CASE NUMBER: 2:96CR00256-004

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ 10,000.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ The interest requirement is waived.

   ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Clerk of Court United States District Court District of Utah | $10,000.00 | $10,000.00 | |
| Totals: | $ 10,000.00 | $ 10,000.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 8/96) Sheet 5, Part B - Criminal Monetary Penalties    Case 2:96-cr-00256-DB    Document 229    Filed 11/02/98    Page 5 of 6

Judgment-Page 5 of 5

DEFENDANT: Thomas M. Pentelute
CASE NUMBER: 2:96CR00256-004

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☐ in full immediately; or

B ☒ $ 100.00 immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ ; or

D ☒ in installments to commence 30 day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**No fine is imposed. The Court orders the defendant to pay restitution in the amount of $10,000.00 , payable to the Clerk, United States District Court, which shall be payable at a minimum rate of $100.00 per month, or as otherwise directed by the United States Probation Office. Special assessment fee of $100.00, payable forthwith.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

klh

United States District Court
for the
District of Utah
November 3, 1998


\* \* MAILING CERTIFICATE OF CLERK \* \*


Re:  2:96-cr-00256


True and correct copies of the attached were mailed by the clerk to the following:


    Scott Jay Thorley, Esq.
    US ATTORNEYS OFFICE - UTAH
    ,
    FAX 9,5245985

    Alyse Graham, Esq.
    US DEPARTMENT OF JUSTICE
    CRIMINAL DIVISION-FRAUD SECTION
    1400 NEW YORK AVE NW
    3RD FLOOR
    WASHINGTON, DC  20005

    Shannon Thee Hanson, Esq.
    US DEPARTMENT OF JUSTICE
    CRIMINAL DIVISION-FRAUD SECTION
    1400 NEW YORK AVE NW
    3RD FLOOR
    WASHINGTON, DC  20005
    FAX 8,202,5140152

    Mr. Dean N. Zabriskie, Esq.
    3507 N UNIVERSITY AVE STE 150
    PROVO, UT  84604
    FAX 8,801,3757686

    USMS
    DISTRICT OF UTAH
    ,
    FAX 9,5244359

    US Probation
    DISTRICT OF UTAH
    ,
    FAX 9,5261136

    Tom Biesinger, Fincl Admin
    USDC UT