PAUL M. WARNER, United States Attorney (#3389
SCOTT J. THORLEY, Assistant United States Attorney (#3248)
SHANNON THEE HANSON, Trial Attorney, Fraud Section, Criminal
    Division, United States Department of Justice
Attorneys for the United States of America
United States Attorney's Office
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

RECEIVED CLERK

NOV 17 1999

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | Case No. 2:96CR 256 B |
| v. | : | |
| | : | ORDER AMENDING |
| RICHARD A. ALLEN, | | METHOD OF DISBURSEMENT |
| MERRILL W. HARWARD, | : | OF SEIZED FUNDS AS |
| MATHEW J. PENTELUTE, | | RESTITUTION |
| THOMAS M. PENTELUTE, | : | |
| MICHAEL D. SMITH, and | | |
| MARK K. STRINGER, | : | |
| Defendants. | | |

The United States of America, having moved the Court to amend its previously entered Order Determining Method of Disbursement of Seized Funds As Restitution, and it appearing to the Court that good cause existing for such an order,

IT IS HEREBY ORDERED that the Clerk of Court for the United States District Court for the District of Utah shall aggregate

the periodic restitution payments made by the Defendants Thomas M. Pentelute, Mathew J. Pentelute, Richard A. Allen, Michael D. Smith, Mark K. Stringer and Merrill W. Harward be held in a suspense account under jurisdiction of the Clerk of the United States District Court for the District of Utah for periodic distribution to the Defendants' victims who may have been omitted from inclusion under the Court's original disbursement order as later identified to the Court Clerk by the U. S. Attorney's Office.

IT IS FURTHER ORDERED that the Clerk of the Court shall make the first distributed from said suspense account to Dr. Scott Schwartz and Dr. James W. Evans, Jr. in a pro rata sum equal to the shares received by other claimants under the original distribution in this case.

IT IS FURTHER ORDERED that the Clerk of the Court shall aggregate al other future restitution payments for nine months to allow any remaining omissions to be identified.  If such claimants are identified, they shall be distributed pro rata shares in the same fashion set forth above.  Nine months after the effective date of this Order, funds in the restitution

suspense account and future restitution payments shall be disbursed in the fashion routine to the Clerk's office.


DATED this 22nd of Nov. , 1999.


_____
DEE BENSON
United States District Court Judge

ce

United States District Court
for the
District of Utah
November 23, 1999


* * MAILING CERTIFICATE OF CLERK * *


Re:  2:96-cr-00256


True and correct copies of the attached were mailed by the clerk to the
following:


        Scott Jay Thorley, Esq.
        US ATTORNEY'S OFFICE
        ,
        JFAX 9,5245985

        Shannon Thee Hanson, Esq.
        US DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION-FRAUD SECTION
        1400 NEW YORK AVE NW
        3RD FLOOR
        WASHINGTON, DC  20005
        JFAX 8,202,5140152

        Mr. Charles F. Abbott, Esq.
        ABBOTT & WALKER
        3651 N 100 E STE 300
        PROVO, UT  84604-4594

        USMS
        DISTRICT OF UTAH
        ,
        JFAX 9,5245134

        US Probation
        DISTRICT OF UTAH
        ,
        JFAX 9,5261136