| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED | 2:96-CR-00256-004-B |
| | -5 JUN 00 PM 1: 24 | DOCKET NUMBER *(Rec. Court)* ENTERED |
| | DIST... | FILED RECEIVED |
| | BY:... | LODGED 00-0288 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | |
|---|---|---|
| Thomas M. Pentelute<br>5675 Columbia Road, Suite 302<br>Columbia, MD 21044 | Utah | JUN 1 2000 |
| | NAME OF SENTENCING JUDGE | AT BALTIMORE COURT<br>CLERK U.S. DISTRICT<br>DISTRICT OF MARYLAND DEPUTY |
| | Honorable Dee V. Benson | |

| DATES OF SUPERVISION TERM | FROM October 23, 1998 | TO October 22, 2001 |
|---|---|---|

**OFFENSE**

Money Laundering (Two Counts); Aiding and Abetting

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Maryland upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

12-17-99
*Date*

Honorable Dee V. Benson
*Chief United States District Judge*

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

March 14, 2000
*Effective Date*

*United States District Judge*

CGH/ljt

289

ce

United States District Court
for the
District of Utah
June 12, 2000


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:96-cr-00256


**True and correct copies of the attached were either mailed or faxed by the clerk to the following:**


US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

Scott Jay Thorley, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Carmen Jones, U.S. Attorney's Office
District of Utah